■ VALENTINE GARDENS COOPERATIVE, INC., Respondent, v KAY WATERPROOFING CORP. et al., Appellants, et al., Defendants. [724 NYS2d 863] —Order, Supreme Court, New York County (Helen Freedman, J.), entered on or about June 6, 2000, unanimously affirmed for the reasons stated by Freedman, J., with costs and disbursements. No opinion. Concur—Tom, J. P., Ellerin, Wallach, Rubin and Buckley, JJ.